No. 93–8413. ROSSER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8416. McMURRAY v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8418. MORIN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8419. MARSHALL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8420. ROLDAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8421. LOFTON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8422. PUGH v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 93–8424. GALLOWAY v. THURMAN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 93–8425. HUNTER v. WHITE, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 93–8430. SCOTT v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 93–8434. LAIRD v. PIZZULLI. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8436. REID v. CITY OF FLINT ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–8438. LEDET v. 15TH JUDICIAL DISTRICT COURT ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–8439. CLINTON v. SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–8440. DUFFEY v. ABBOTT, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 93–8443. FAVORS v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.